IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-41587
Summary Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

EARNEST GENE SEWELL,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:98-CR-51-1
- - - - - - - - - -
August 12, 1999

Before KING, Chief Judge, and HIGGINBOTHAM and STEWART, Circuit Judges.

PER CURIAM:*

        Earnest Gene Sewell appeals his conditional guilty-plea conviction for possession with intent to distribute crack cocaine.  Sewell argues that the district court erred in denying his motion for the disclosure of the confidential informant and his motion to suppress evidence seized following a traffic stop of his vehicle.

_____

        * Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Sewell did not preserve the right to appeal the district court's denial of his motion to disclose the informant's identity

as required by Fed. R. Crim. P. 11(a)(2). Accordingly, that issue is waived. We have reviewed the record and the briefs of the parties and hold that there was reasonable suspicion of criminal activity to justify stopping Sewell's vehicle in light of the confidential informant's specific and accurate information and the officers' own personal knowledge and observation. Adams v. Williams, 407 U.S. 143, 147 (1972); United States v. Roch, 5 F.3d 894, 898 (5th Cir. 1993).

AFFIRMED.